1 **BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
2 Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
3 2255 Calle Clara
  La Jolla, CA 92037
4 Telephone: (858)551-1223
  Facsimile: (858) 551-1232
5 Firm Website: http://www.bamlawca.com

6 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GALLARDO, an individual, on behalf of himself, and on behalf of all persons similarly situated, | Case No. **SACV-12-1107-CJC (AN)** (Class Action) |
| Plaintiff, | STIPULATION FOR RELIEF FROM LOCAL RULE 23-3 |
| v. | |
| AIG DOMESTIC CLAIMS, INC., a Delaware Corporation; CHARTIS CLAIMS, INC., a Delaware Corporation; and DOES 1 to 10, Inclusive, | Judge:   Hon. Cormac J. Carney<br>Court No.:   9B |
| Defendants. | |
| | Action Filed:   June 5, 2012 |

**WHEREAS**, Plaintiff FRANK GALLARDO ("Plaintiff") filed this suit as a class action against Defendants AIG DOMESTIC CLAIMS, INC. and CHARTIS CLAIMS, INC. ("Defendants") in Orange County Superior Court on June 1, 2012;

**WHEREAS**, on July 6, 2012, Defendants removed this action to federal court;

**WHEREAS**, Local Rule 23-3 requires Plaintiff to "within 90 days after service of a pleading purporting to commence a class action...file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court";

**WHEREAS**, Defendant intends to file a motion to deny class certification on the basis of lack of numerosity;

**WHEREAS**, Plaintiff is currently deciding whether he will stipulate to file a First Amended Complaint without any class allegations, or oppose any motion to deny class certification that may be filed by Defendant;

**WHEREAS**, if Defendant files a motion to deny class certification which is granted, it would dispose of the class issues in this matter;

**WHEREAS**, any class-related discovery, aside from discovery related to numerosity, would be unnecessary if Defendant files a motion to deny class certification that is granted or Plaintiff stipulates to file a First Amended Complaint without class allegations;

**WHEREAS**, it is in the interest of both parties that any class related discovery and corresponding motion for class certification deadlines for Plaintiff be continued until the Court rule on any motion to deny class certification filed by Defendant, if necessary;

**WHEREAS**, Plaintiff cannot move for class certification in advance of the Local Rule 23-3 deadline because discovery is stayed under Rule 26(f) and the motion cannot reasonably be completed within the Local Rule 23-3 deadline;

**NOW, THEREFORE,** Plaintiff and Defendant, through their respective counsel of record, stipulate and request as follows:

Subject to Court approval the Parties agree that:

- The automatic timing requirements of Local Rule 23-3 shall not apply in this case and, instead, pursuant to the "unless otherwise ordered" provision of Local Rule 23-3, a customized schedule for addressing a schedule for class certification in this case shall be addressed by the Parties at the early meeting of counsel in advance of the first status conference and be set as part of the initial scheduling order under Rule 16(b) of the Federal Rules of Civil Procedure;
- If he chooses to do so, Plaintiff shall file any stipulation requesting leave to file a First Amended Complaint without class allegations by August 10, 2012;
- If Plaintiff does not file a stipulation for leave to file a First Amended Complaint by August 10, 2012, Defendant's Motion to Deny Class Certification will be filed by September 10, 2012; and,
- While Defendant's Motion to Deny Class Certification is pending, no class related discovery may be taken, other than discovery related to numerosity, if any.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 27, 2012     BLUMENTHAL, NORDREHAUG & BHOWMIK

By:  */s/ Aparajit Bhowmik*
Aparajit Bhowmik
Attorneys for Plaintiff

Dated: July 27, 2012     PAUL HASTINGS LLP

By:  */s/ Elena R. Baca*
Elena R. Baca
Attorneys for Defendants

K:\D\Dropbox\Pending Litigation\AIG - Gallardo\d-Stipulation re LR 23-3 - FINAL.wpd