1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **FRANK GALLARDO,** | **CASE NO. SACV 12-01107-CJC(ANx)** |
| **Plaintiff,** | |
| v. | **NOTICE OF INTENT TO SCHEDULE THE CASE** |
| **AIG DOMESTIC CLAIMS, INC., LLC, ET AL.,** | |
| **Defendants.** | |

**TO ALL COUNSEL OF RECORD**, notice is hereby given that on November 19, 2012, the Court will issue a Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b) establishing dates for the completion of discovery, the filing of motions, pretrial conference, and trial in the above entitled case. **No scheduling conference will be held unless ordered by the Court.**

The parties are **HEREBY ORDERED** to hold an early meeting of counsel not later than 21 days in advance of the above date, and to file a report of such meeting not later than 14 days thereafter in accordance with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1. In scheduling the case, the Court will rely

upon the pleadings, as well as the Rule 26(f) report. Counsel shall include in the report their choice of Alternative Dispute Resolution (ADR) procedure: the Court Mediation Panel or private mediation. The parties may not choose a settlement conference before a Magistrate Judge. The Court's ADR Program is described in the "ADR" section of the Court's website (http://www.cacd.ucourts.gov), which also contains the list of Panel Mediators and requisite ADR forms. Counsel are referred to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1 for other specific requirements of the report. In addition, counsel are directed to provide the specific reasons for their selection of a particular discovery cutoff date.

**IT IS SO ORDERED**.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

DATED: August 24, 2012       _____

CORMAC J. CARNEY
United States District Judge