PAUL HASTINGS LLP
ELENA R. BACA (SB # 160564)
elenabaca@paulhastings.com
RYAN D. DERRY (SB# 244337)
ryanderry@paulhastings.com
515 South Flower Street, 25th Floor
Los Angeles, California  90071-2228
Telephone: (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant
CHARTIS CLAIMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GALLARDO, an individual on behalf of himself, and on behalf of all persons similarly situated,<br>　　　　　　Plaintiff,<br>　　v.<br>AIG DOMESTIC CLAIMS, INC., a Delaware Corporation; CHARTIS CLAIMS, INC., a Delaware Corporation; and DOES 1 to 10, Inclusive,<br>　　　　　　Defendants. | CASE NO. SACV-12-1107 CJC (ANx)<br><br>**DEFENDANT CHARTIS CLAIMS, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　July 22, 2013<br>Time:　　1:30 PM<br>Place:　　Courtroom 9B<br>Judge:　　Honorable Cormac Carney |

LEGAL_US_W # 75465018.2

DEFENDANT CHARTIS CLAIMS, INC.'S
NOTICE OF MOTION/MSJ

1    PLEASE TAKE NOTICE that on July 22, 2013, or as soon thereafter as counsel may be heard by the above-entitled Court, located at United States District Court for the Central District of California, 411 West Fourth Street, Santa Ana, California, the Honorable Cormac Carney presiding, defendant Chartis Claims, ("Chartis") will and hereby does move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment or, in the alternative, for partial summary judgment.

This Motion is made following the conference of counsel pursuant to Central District of California Local Rule 7-3 which took place starting on March 22, 2013. *See* concurrently filed Declaration of Ryan D. Derry, ¶ 2.

This Motion is made on the grounds that there is no genuine issue as to any material fact and that Chartis is entitled to summary judgment as a matter of law for all of the reasons stated in the accompanying Memorandum of Points and Authorities, including:

- Plaintiff Frank Gallardo's entire complaint should be dismissed because Plaintiff was appropriately classified as exempt from California overtime requirements under the administrative and/or learned professional exemption.

- In addition, Plaintiff's third cause of action for failure to provide accurate itemized statements also fails because: (1) he cannot show that any inaccuracies were knowing and intentional and (2) even if he were correct about his classification, he cannot establish that any inaccuracies were made knowingly or intentionally because Chartis had a good-faith belief that Gallardo was properly classified as administratively and/or professionally exempt.

- In addition, Plaintiff's fourth cause of action for failure to provide wages when due also fails because he cannot show that Chartis intentionally withheld wages because Chartis had a good-faith belief that Gallardo was properly classified.

- This Motion is and will be based upon this Notice of Motion and Motion; the Memorandum of Points and Authorities in Support Thereof; the Declaration of Ryan D. Derry; the Declaration of Kristian Nielsen; the Declaration of Lori Noriega; the [Proposed] Statement of Uncontroverted Facts and Conclusions of Law; the [Proposed] Judgment; all pleadings and papers on file in this action; and such other information and materials as may be presented to the Court at or before the time of the hearing on this Motion.

DATED: June 24, 2013       PAUL HASTINGS LLP

By:     */s/* - Elena R. Baca
              ELENA R. BACA

Attorneys for Defendant
Chartis Claims, Inc.