UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 23 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANK GALLARDO, an individual on behalf of himself, and on behalf of all persons similarly situated,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>AIG DOMESTIC CLAIMS, INC., a Delaware corporation and CHARTIS CLAIMS, INC., a Delaware corporation,<br><br>　　　　Defendants - Appellees. | No. 13-56358<br><br>D.C. No. 8:12-cv-01107-CJC-AN<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

　　　　The judgment of this Court, entered October 28, 2015, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　Costs are taxed against the appellant in the amount of $340.64.

　　　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　Jessica F. Flores Poblano
　　　　　　　　　　　　　　　　　　　　Deputy Clerk